DAVENPORT, Respondent, v. DAVENPORT, Appellant. (Supreme Court, Appellate Division, First Department. December 23, 1910.) Action by Alice S. Davenport against Harry G. B. Davenport. D. Gerber, for appellant. H. G. Wiley, for respondent. No opin-

ion. Order affirmed, with $10 costs and disbursements. Order filed.

DAVIS, Appellant, v. BERGEN REALTY CO., Respondent. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Action by David Davis against the Bergen Realty Company. J. Friedman, for appellant. G. Nathan, for respondent. No opinion. Judgment affirmed, with costs. Order filed.